# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT M.,[1] | Case No. 2:25-cv-01826-RAO |
| Plaintiff, | |
| v. | **JUDGMENT** |
| FRANK J. BISIGNANO,[2] Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Court's Order affirming the Commissioner's decision filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is **AFFIRMED**.

DATED: September 25, 2025

/s/
ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's name is partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank J. Bisignano, the Commissioner of the Social Security Administration ("Commissioner"), is hereby substituted as the defendant.